```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 54255
    SANDRA JEAN MCGUIRE
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-7518


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/14/2005 and was confirmed 01/26/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 01/24/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------------
 NATIONWIDE ACCEPTANCE~     SECURED NOT I         .00              .00             .00
 FORD MOTOR CREDIT          SECURED          16273.11          2060.06         1429.46
 AMERICASH LOANS LLC        UNSECURED          412.38              .00             .00
 ARONSON FURNITURE          SECURED NOT I     1371.49              .00             .00
 ARONSON FURNITURE          SECURED NOT I       46.10              .00             .00
 EMC MORTGAGE               CURRENT MORTG    23536.20              .00        23536.20
 EMC MORTGAGE               MORTGAGE ARRE    25411.00              .00         3348.97
 ADT SECURITY SERVICES      UNSECURED        NOT FILED             .00             .00
 ADVANCE TIL PAYDAY         UNSECURED        NOT FILED             .00             .00
 AMERICAN GENERAL FINANCE   UNSECURED          1919.85             .00             .00
 AMERICASH LOANS            UNSECURED        NOT FILED             .00             .00
 ARONSON FURNITURE          UNSECURED        NOT FILED             .00             .00
 ARONSON FURNITURE          UNSECURED        NOT FILED             .00             .00
 CHECK INTO CASH INC        UNSECURED           540.00             .00             .00
 COMCAST                    UNSECURED        NOT FILED             .00             .00
 FIRST CHICAGO BANK         UNSECURED        NOT FILED             .00             .00
 GUARDIAN NATIONAL BANK     UNSECURED        NOT FILED             .00             .00
 HEIGHTS AUTO WORKERS CU    UNSECURED          4048.33             .00             .00
 METROPOLITAIN INSURANCE    UNSECURED        NOT FILED             .00             .00
 NATIONWIDE ACCEPTANCE~     UNSECURED          4182.76             .00             .00
 NEUROLOGY CONSULTANTS      UNSECURED        NOT FILED             .00             .00
 SOUTH HOLLAND MEDICAL      UNSECURED        NOT FILED             .00             .00
 THOMAS CHUNG MD            UNSECURED        NOT FILED             .00             .00
 WAL MART STORES INC        UNSECURED        NOT FILED             .00             .00
 UAW FORD LEGAL SERVICE P   DEBTOR ATTY           .00                              .00
 TOM VAUGHN                 TRUSTEE                                           1,740.21
 DEBTOR REFUND              REFUND                                                 .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 54255 SANDRA JEAN MCGUIRE

```
TRUSTEE                                      32,114.90

PRIORITY                                                          .00
SECURED                                                     28,314.63
    INTEREST                                                 2,060.06
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                         1,740.21
DEBTOR REFUND                                                     .00
                                     ---------------   ---------------
TOTALS                                    32,114.90         32,114.90
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                     /s/ Tom Vaughn
    Dated: 04/23/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```

                                PAGE   2
        CASE NO. 05 B 54255 SANDRA JEAN MCGUIRE